UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ROGER POOLE, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case Number 4:08cv1960 TCM |
| **WALLY BERGER BUICK, INC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

A suggestion of bankruptcy having been filed in this case,

**IT IS HEREBY ORDERED** that this case is removed from the trial docket of March 15, 2010, to be reset on resolution of the bankruptcy proceedings in <u>In re Berger Automotive, Inc., d/b/a Wally Berger Buick, Inc.</u>, Case No. 09-32357 in the United States Bankruptcy Court for the Southern District of Illinois.


                                                <u>/s/ Thomas C. Mummert, III</u>
                                                THOMAS C. MUMMERT, III
                                                UNITED STATES MAGISTRATE JUDGE

Dated this <u>12th</u> day of January, 2010.